# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148333

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TONJA METZ GILES,
   Plaintiff-Appellant,

v

               SC: 148333
               COA: 315152
               Wayne CC: 12-006881-AV

ALONZO MARABLE and ROSA WILLIAMS,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

               Clerk